UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Marvin L. Blackman,

Plaintiff,

vs.

Talmud Torah of Minnesota and Avraham Ettedgui,

Defendants.

Case No.: 00-1828 ADM/AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE OF AVRAHAM ETTEDGUI AND ORDER FOR DISMISSAL**

---

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and by and between the parties hereto, through respective counsel, that all causes of actions and claims asserted against Avraham Ettedgui in Plaintiff's Complaint in the above-captioned action may be, and the same are, dismissed with prejudice and on the merits but without further cost to any of the parties hereto.

**IT IS FURTHER STIPULATED AND AGREED**, that Avraham Ettedgui may be stricken from the above-captioned matter.

**IT IS FURTHER STIPULATED AND AGREED**, that any party, without notice to the other, may cause judgment of dismissal with prejudice and on the merits to be entered herein as to Avraham Ettedgui and that Avraham Ettedgui may be stricken from the above-captioned matter.

FILED 9-13-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: 9-11-00

John D. Murrin, Esq. #7679X
Murrin Law Firm
4018 West 65th Street
Edina, Minnesota 55435

Attorneys for Plaintiff

Dated: 9-12-00

John M. McDonald, Jr. #136815
Bradley J. Lindeman #0298116
**MEAGHER & GEER, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

Attorneys for Defendants

**ORDER FOR DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and based on the foregoing Stipulation of Dismissal With Prejudice entered into by the parties, and upon all the files, records and proceedings herein, it is ordered:

1. That Plaintiff's Complaint and all claims asserted against Avraham Ettedgui in the above caption matter are hereby dismissed with prejudice and on the merits, without further cost to any of the parties hereto.

2. That Avraham Ettedgui be stricken from the above-captioned matter.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: Sept. 13, 2000

The Honorable Ann D. Montgomery
United States District Court

/829486