UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Marvin L. Blackman,

Plaintiff,

vs.

Talmud Torah of Minnesota

Defendant.

Case No.: 00-1828 ADM/AJB

**STIPULATION TO AMEND ANSWER**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that Defendant Talmud Torah of Minnesota [sic] may file and serve the attached Amended Answer without the necessity of a hearing on said amendment. This stipulation is made pursuant to Rule 15 (a) of the Federal Rules of Civil Procedure.

Dated: 10-16-0

John O. Murrin, Esq. #7679X
**MURRIN LAW FIRM**
4018 West 65th Street
Edina, Minnesota 55435

***Attorneys for Plaintiff***

OCT 24 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 18, 2000

John M. McDonald, Jr. #136815
Bradley J. Lindeman #0298116
**MEAGHER & GEER, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Defendant***

## ORDER TO AMEND ANSWER

Pursuant to Rule 15 (a) of the Federal Rules of Civil Procedure and based on the foregoing Stipulation To Amend Answer entered into by the parties, and upon all the files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

Pursuant to the parties' stipulation, Defendant may amend its Answer.

**BY THE COURT:**

Dated: 10/24/00

The Honorable Ann D. Montgomery
United States District Court

/838063